1028

No. 95–9161. Yu v. United States. C. A. 9th Cir. Certiorari denied.

No. 95–9163. Tapia Garcia v. United States. C. A. 9th Cir. Certiorari denied.

No. 95–9164. Farmer v. United States. C. A. 8th Cir. Certiorari denied.

No. 95–1569. Sidwell v. Express Container Services, Inc., et al. C. A. 4th Cir. Motion of petitioner to consolidate this case with No. 95–1840, Parker et al. v. Director, Office of Workers' Compensation Programs, United States Department of Labor, et al., denied. Certiorari denied.

No. 95–1670. McDonald v. Youakim et al. C. A. 7th Cir. Motion of respondents for leave to proceed in forma pauperis granted. Certiorari denied.

No. 95–1720. Green Construction Co. et al. v. VanKirk, West Virginia Commissioner of Highways. Sup. Ct. App. W. Va. Motion of American Insurance Association et al. for leave to file a brief as amici curiae granted. Certiorari denied.

No. 95–1734. M. H. v. T. J. et al. Ct. App. D. C. Motion of respondent M. D. for leave to proceed in forma pauperis granted. Certiorari denied.

No. 95–6997. Siwa v. Office of Personnel Management, 517 U. S. 1138;
No. 95–7004. Mauricio v. Office of Personnel Management, 517 U. S. 1138;
No. 95–7007. De Jesus v. Office of Personnel Management, 517 U. S. 1138;
No. 95–7088. Danao v. Office of Personnel Management, 517 U. S. 1139;
No. 95–7147. Navarro v. Office of Personnel Management, 517 U. S. 1140;
No. 95–7463. Tillo v. Office of Personnel Management, 517 U. S. 1141;
No. 95–7915. Scott v. California, 517 U. S. 1144;
No. 95–8058. McQueen v. Hayes et al., 517 U. S. 1145;